Hon. Mary L. Cooper
Civil Action  No. 04-CV-305

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------
ELAINE L. CHAO, Secretary of Labor,      :
United States Department of Labor,

                                         :

                          Plaintiff,     :      Civil Action File

                                         :
              v.                                No. 04-CV-305

                                         :
                                                Hon. Mary L. Cooper

LOCAL 381, NEW JERSEY MID-STATE AREA,    :
AMERICAN POSTAL WORKERS UNION, AFL-CIO,

                                         :
                          Defendant.
------------------------------------------

### SUPPLEMENTAL ORDER TO THE PARTIAL CONSENT JUDGMENT

At the request of the parties, it is hereby ORDERED that:

1.   The second sentence of paragraph four of the Partial Consent Judgment is hereby amended to state: "The supervised election shall be completed no later than July 7, 2005."

DATED: *March 11, 2005*
          TRENTON, NEW JERSEY


                          SO ORDERED:


                          _____
                          HONORABLE MARY L. COOPER
                          UNITED STATES DISTRICT COURT JUDGE