Jeffrey S. Rogoff, Esq. (JSR 3129)
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 212-337-2092

SOL: JSR (04)00768

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

-------------------------------------------------

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

                          Plaintiff

               v.

LOCAL 381, NEW JERSEY MID-STATE AREA,
AMERICAN POSTAL WORKERS UNION, AFL-CIO,

                          Defendant.

-------------------------------------------------

**RECEIVED**

**MAR 2 8 2005**

: AT 8:30 _____ M
     WILLIAM T. WALSH
          CLERK

:    Civil Action
:    File No.
:    04-CV-305 (MLC)

:

:

:

:

## AMENDED CONSENT JUDGMENT BETWEEN PLAINTIFF AND DEFENDANT LOCAL 381, NEW JERSEY MID-STATE AREA AMERICAN POSTAL WORKERS UNION, AFL-CIO,

It is hereby stipulated by the parties and ordered by the Court as follows:

1.   Plaintiff Secretary of Labor brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (Act of September 14, 1959, 73 Stat. 519 et seq.), ("the Act"), to set aside the December 5, 2002 election by Local 381, New Jersey Mid-State Area, American Postal Workers Union, AFL-

CIO ("the Union") for the following positions: President; Vice-President; Secretary-Treasurer; Director of Organization; Director of Industrial Relations; Director of Research and Education; Director of Benefits and Health Plans; Director of Clerk Craft; Trustee (all 5 positions); and Chief Steward (19 of 22 positions at the following post office locations: Berkeley Heights, Cranford, Denville, East Hanover, Eatontown, Hazlet, Hightstown, Keyport, Madison, Matawan, Millburn, New Providence, Phillipsburg, Piscataway, Plainfield, Raritan, Rumson, Short Hills and Woodbridge).

2. The Union, without admitting that it has violated the Labor-Management Reporting and Disclosure Act of 1959, and the Secretary hereby stipulate and agree to the following terms ordered below. The Union states that it is entering into this Consent Judgment solely to avoid the risks and expenses of ongoing litigation.

3. The Union's election held December 5, 2002 is declared null and void as to all the positions set forth in paragraph one.

4. Defendant shall conduct new nominations and a new election for the positions set forth in paragraph three under the supervision of the Secretary of Labor ("the supervised election"). The supervised election shall be completed no later than July 7, 2005.

5.    The supervised election shall not take the place of the Union's next regularly scheduled election, currently scheduled for December 2005.    In accordance with its Constitution and Bylaws, the Union will conduct its regularly scheduled election in December 2005.

6.    Nominations and the election held pursuant to this Consent Judgment and Order shall be conducted in accordance with the LMRDA, and insofar as lawful and practicable in accordance with the Constitution and Bylaws of the Union.    The winners of the supervised election shall be installed as soon as practicable after the certification of the tally of the ballots.

7.    Any challenge by any member of the Union as to any issue pertaining to the supervised election shall be made to the Secretary of Labor.    All decisions as to the interpretation or application of Title IV of the LMRDA and the provisions of the Constitution and Bylaws of the Union that relate to the supervised election are to be determined by the Secretary of Labor, and her decision shall be final.

8.    The Court shall retain jurisdiction of this action. After completion of the supervised election, the Secretary shall certify to the Court the names of the persons so elected, and, if appropriate, shall further certify that such election was conducted in accordance with Title IV of the LMRDA, and, insofar as lawful and practicable, that the election was conducted in

3

accordance with the provisions of the Union's Constitution and Bylaws. Upon approval of such certification, the Court shall enter a judgment declaring that such persons have been elected as shown by such certification, and further providing that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

9. Counsel for the undersigned parties represent that they are authorized to enter into this Consent Judgment

on behalf of their client(s).

Dated:     March 21, 2005
           ~~January 20, 2005.~~
           New York, New York


Of Counsel:                              HOWARD M. RADZELY
ROBERT J. CLEARY                         Solicitor of Labor
United States Attorney

SUSAN J. STEELE                          PATRICIA M. RODENHAUSEN
Chief, Civil Division                    Regional Solicitor
Office of the U.S. Attorney
Federal Building                 BY:     _____
Suite 700                                JEFFREY S. ROGOFF
970 Broad Street                         Attorney
Newark, New Jersey 07102-2535            (JSR 3129)


                                         U.S. Department of Labor,
                                         Attorneys for Plaintiff.

                                         POST OFFICE ADDRESS:

                                         Patricia M. Rodenhausen
                                         Regional Solicitor
                                         U.S. Department of Labor
                                         201 Varick Street, Room 983
                                         New York, New York 10014
                                         Tel. (212) 337-2092


                                         O'BRIEN, BELLAND & BUSHINSKY, LLC
                                         Attorneys for Defendant

                                         By: _____
                                         Nancy S. Sokol, Esq. (NSS-1014)
                                         Mark E. Belland, Esq. (MEB-1222)
                                         2111 New Road, Suite 101
                                         Northfield, NJ 08225
                                         Tel. (609) 677-7930

5

DATED:    _____MARCH 28_____, 2005
                Trenton, New Jersey

                              IT IS SO ORDERED:


                              _____Mary L. Cooper_____
                              HONORABLE MARY L. COOPER
                              U.S. DISTRICT COURT JUDGE

6