```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ELAINE L. CHAO, | CIVIL ACTION NO. 04-305 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| LOCAL 381, NEW JERSEY MID-STATE AREA, AMERICAN POSTAL WORKERS UNION, AFL-CIO, |  |
| Defendants. |  |

**IT APPEARING**, inter alia, that an election was conducted in December 2005 (3-28-05 Am. Consent J.); and it appearing, as the plaintiff has filed no further papers, that this matter is settled; and thus the Court intending to dismiss the complaint without prejudice to reopen if the settlement is not consummated; and the parties being advised — in order to protect their interests — they may still submit a stipulation of dismissal in this action, even though the action will be marked as closed by the Clerk of the Court; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge