UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ELAINE L. CHAO, | : | CIVIL ACTION NO. 04-305 (MLC) |
| Plaintiff, | : | **ORDER & JUDGMENT** |
| v. | : |  |
| LOCAL 381, NEW JERSEY MID-STATE AREA, AMERICAN POSTAL WORKERS UNION, AFL-CIO, | : | |
| Defendants. | : | |

For the reasons stated in the Court's memorandum opinion,
**IT IS** on this  5th  day of January, 2006, **ADJUDGED** that — as the
action has been settled in its entirety — the complaint is
**DISMISSED** without costs and without prejudice to the right, upon
good cause shown within 60 days, to reopen the action if the
settlement is not consummated; and

**IT IS FURTHER ORDERED** that if any party shall move to set
aside this dismissal as provided in the above paragraph or
pursuant to the provisions of Federal Rule of Civil Procedure
60(b), in deciding such motion the Court retains jurisdiction of
the matter to the extent necessary to enforce the terms and
conditions of any settlement entered into between the parties; and

**IT IS FURTHER ORDERED** that the Clerk of the Court may
designate the action as **TERMINATED**.

s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge