**U.S. Department of Labor**    Office of the Solicitor
201 Varick Street
New York, New York 10014



Reply to the Attention of:

SOL: JR
0282
Tel. (212) 337-2092
Fax (212) 337-2112

January 10, 2006

## BY ELECTRONIC FILING

William T. Walsh, Clerk
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

> Re:    Elaine L. Chao, Secretary of Labor v. Local 381, New Jersey Mid-
> State American Postal Workers Union, AFL-CIO
> <u>Civil Action Docket Number: 04-305(MLC)</u>

Dear Mr. Walsh:

Pursuant to Section 402(c)(2), of the Labor Management Reporting and Disclosure Act of 1959 ("LMRDA" or "the Act"), 29 U.S.C. §481(g), the Secretary of Labor is now in position to certify the results of the supervised election which was re-run pursuant to Judge Cooper's Amended Consent Judgment dated March 28, 2005, in the above captioned matter. Accordingly the Secretary of Labor is requesting that this matter be reopened for the sole purpose of certifying the supervised election. Enclosed please find a Certification of Election and Declaration of Patricia Fox, Acting Chief, Division of Enforcement, Office of Labor-Management Standards Administration, United States Department of Labor. Also enclosed please find a proposed Judgment and Order.

If you have any questions, please do not hesitate to call me at 212-337-2092.

Sincerely,

Patricia M. Rodenhausen
Regional Solicitor

By:    *Jeffrey Rogoff*

Jeffrey Rogoff
Attorney

cc:    Hon. Mary L. Cooper (w/enclosures) (by electronic filing & fax)
Nancy Sokol, Esq. (w/enclosures) (by electronic filing & fax)
Susan J. Steele, Chief, Civil Division (w/enclosures) (by electronic filing & fax)