UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - -  - - - - - -   - - - - - - - - - - - -   - - - - - - - - - - - - -

ELAINE L. CHAO, Secretary of Labor,    :
United States Department of Labor,

                         :

                  Plaintiff,    :     Civil Action File

                         :

           v.    :     No. 04-CV-305

                         :

                         Hon. Mary L. Cooper

LOCAL 381, NEW JERSEY MID-STATE AREA,    :
AMERICAN POSTAL WORKERS UNION, AFL CIO,

                         :

               Defendant.    :
- - - - - - - - - -   - - - - - - - - - -   - - - - - - - - - - - - - - -

**RECEIVED**

JAN 1 1 2006

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

<u>JUDGMENT AND ORDER</u>

WHEREAS, pursuant to a Consent Order entitled "AMENDED CONSENT JUDGMENT BETWEEN PLAINTIFF AND DEFENDANT LOCAL 381, NEW JERSEY MID-STATE AREA AMERICAN POSTAL WORKERS UNION, AFL-CIO" signed by this Court and filed on March 28, 2005, the Defendant, Local 381, New Jersey Mid-State Area, American Postal Workers Union, AFL-CIO, conducted a supervised election for the offices of President; Vice-President; Secretary-Treasurer; Director of Organization; Director of Industrial Relations; Director of Research and Education; Director of Benefits and Health Plans; Director of Clerk Craft; Trustee (all 5 positions); and Chief Steward at the following post office locations: Berkeley Heights, Cranford, Denville, East Hanover, Eatontown, Hazlet, Hightstown, Keyport, Madison, Matawan, Millburn, New Providence, Phillipsburg, Piscataway, Plainfield, Raritan, Rumson, Short

Hills and Woodbridge) under the supervision of the Plaintiff Secretary of Labor; and

**WHEREAS** the Plaintiff has filed a Certification of Election, certifying the names of the persons elected to the aforementioned offices in the supervised election conducted by the Defendant, and further certifying that the supervised election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §481 et seq.) and in conformity with the Constitution and Bylaws of the Defendant labor organization insofar as lawful and practicable;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the persons named in the attached Certification of Election filed as aforesaid by the Plaintiff, were duly elected officers of the

2

Union pursuant to the supervised election.


DATED:

TRENTON, NEW JERSEY




SO ORDERED:


_____*Mary L. Cooper*_____
HONORABLE MARY L. COOPER
UNITED STATES DISTRICT COURT JUDGE

*Jan. 10, 2006*



Dated:      January 10, 2006
            New York, New York

3